THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES D. BLATCHFORD, Appellant, v. WILLIAM McADOO, as Police Commissioner of the City of New York, et al., Respondents.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD E. DOONAN, Appellant, v. WILLIAM McADOO, as Police Commissioner of the City of New York, et al., Respondents.

*People ex rel. Blatchford* v. *McAdoo*, 101 App. Div. ——; *People ex rel. Doonan* v. *McAdoo*, 101 App. Div. ——, appeals dismissed.

(Argued February 20, 1905; decided February 21, 1905.)

APPEALS from orders of the Appellate Division of the Supreme Court in the second judicial department, entered January 11, 1905, which reversed orders of Special Term granting motions for peremptory writs of mandamus directing the defendant police commissioner to reinstate the relators in positions formerly held by them in the police department of the city of New York.

*Charles S. Aronstam* for appellants.

*John J. Delany,* Corporation Counsel (*Theodore Connoly* and *James D. Bell* of counsel), for respondents.

Appeals dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.